AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Karen Louise Higginbotham-Dickens, )<br>*Plaintiff* )<br>v. )<br>Commissioner Social Security Administration, )<br>*Defendant* ) | Civil Action No.    6:14-cv-03528-JMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ __ ), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the Commissioner's decision is reversed and the action is remanded for further administrative action.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable  J. Michelle Childs.

Date:    January 25, 2016                                              *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                    s/Ashley Buckingham, Deputy Clerk
                                                                                                    *Signature of Clerk or Deputy Clerk*