# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| Karen Higginbotham-Dickens, ) | |
| ) | Civil Action No. 6:14-cv-03528-JMC |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| Carolyn W. Colvin, Commissioner of the ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter is before the court upon motion by Plaintiff, through her attorney, Danny Mayes, for an award of attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. On March 30, 2016, Plaintiff filed a Motion for Attorney's Fees and Costs [ECF No. 27] pursuant to 28 U.S.C. § 2412, seeking reimbursement for Counsel's representation in the captioned matter in the amount of $4,775.38 in fees at $125.00 per hour, $407.00 for costs, and $16.00 for expenses. On March 15, 2016, the parties agreed to a stipulated amount of $4,391.00 for attorney's fees and $407.00 in costs. [ECF No. 28.]

The court has reviewed Counsel's fee petition and the signed Joint Stipulation for Attorney Fees [ECF No. 28] and finds Counsel's stipulated request for fees reasonable.

Therefore, Plaintiff is entitled to an award of attorney's fees under the Equal Access to Justice Act in the stipulated amount of $4,391.00 and $407.00 in costs.

In accordance with *Astrue v. Ratliff*, 130 S. Ct. 2521, 2528-29 (2010), EAJA fees awarded by this court belong to the litigant, thus subjecting EAJA fees to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)) and, therefore, the court directs that fees be payable to Plaintiff and Delivered to Plaintiff's counsel.

**IT IS SO ORDERED.**

_/s/ J. Michelle Childs_

United States District Judge

September 13, 2016
Columbia, South Carolina